# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

BRUCE E. FOX, II,

    Plaintiff,

vs.

MIDWEST RECOVERY SYSTEMS, LLC, and EXPERIAN INFORMATION SERVICES, INC.,

    Defendants.

2:17-cv-00638-RFB-VCF

**ORDER**

Before the Court is the Motion to Mandate the Acceptance of Power of Attorney and to Enforce Settlement Agreement (ECF No. 22).

Accordingly,

IT IS HEREBY ORDERED that on or before April 27, 2018, Plaintiff must file under seal a copy of the settlement agreement signed by Harry Jacobs on January 5, 2018.

IT IS FURTHER ORDERED that a hearing on the Motion to Mandate the Acceptance of Power of Attorney and to Enforce Settlement Agreement (ECF No. 22) is scheduled for 1:00 PM, May 22, 2018, in Courtroom 3D.

IT IS FURTHER ORDERED that Plaintiff Bruce E. Fox, II must attend the hearing in person.

IT IS FURTHER ORDERED that Plaintiff's counsel must use his best efforts to inform Plaintiff of this order and the possible consequences of failing to comply with a court order. On or before May 18, 2018, Plaintiff's counsel must file a certification verifying all such efforts made.

DATED this 17th day of April, 2018.

                                                  _____
                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE