# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BRUCE E. FOX, II,<br><br>        Plaintiff,<br><br>vs.<br><br>MIDWEST RECOVERY SYSTEMS, LLC, *et al.*,<br><br>        Defendants. | 2:17-cv-00638-RFB-VCF<br>**ORDER** |

        Before the Court is Plaintiff's Motion to Vacate Hearing (ECF NO. 27). Given Plaintiff's counsel Vernon Nelson's representation that Plaintiff has signed the settlement agreement, and the signed settlement agreement has been delivered to Experian,

        IT IS HEREBY ORDERED that the hearing scheduled for 1:00 PM, May 22, 2018, is VACATED.

        DATED this 18th day of May, 2018.

                                                                             CAM FERENBACH<br>                                                                      UNITED STATES MAGISTRATE JUDGE