# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BRUCE E. FOX, II, <br><br> Plaintiff, <br><br> vs. <br><br> MIDWEST RECOVERY SYSTEMS, LLC, *et al.*, <br><br> Defendants. | 2:17-cv-00638-RFB-VCF <br> **ORDER** |

Before the Court is the *Bruce E. Fox, II v. Midwest Recovery Systems, LLC, et al.*, case no. 2:17-cv-00638-RFB-VCF. The parties have notified the court that they have reached a settlement agreement and settlement documents have been signed. (ECF No. 27).

Accordingly,

IT IS HEREBY ORDERED that a proposed stipulation and order for dismissal between Plaintiff and Experian must be filed on or before July 13, 2018.

IT IS FURTHER ORDERED that a status hearing is scheduled for 11:00 AM, July 19, 2018. The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal between Plaintiff and Experian.

IT IS FURTHER ORDERED that the Motion to Enforce Settlement Agreement and to Mandate the Acceptance of Power of Attorney (ECF No. 22) is DENIED as MOOT.

DATED this 12th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE